Stephen M. Doniger (SBN 179314)
stephen@donigerlawfirm.com
Scott A. Burroughs (SBN 235718)
scott@donigerlawfirm.com
Annie Aboulian (SBN 280693)
annie@donigerlawfirm.com
**DONIGER / BURROUGHS APC**
300 Corporate Pointe, Suite 355
Culver City, California 90230
Telephone: (310) 590-1820
Facsimile:  (310) 417-3538

Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN NICHOLSON HOFHEINZ, an Individual,<br><br>Plaintiff,<br><br>    v.<br><br>WWW.RAREMOVIEMART.COM; *et al.*,<br><br>Defendants. | Case No.: CV12-09307 ABC (JEMx)<br>*Honorable Audrey B. Collins Presiding*<br><br>**PLAINTIFF'S NOTICE OF DISMISSAL OF DEFENDANT DAAVEEDEE, LLC, INDIVIDUALLY AND DOING BUSINESS AS "WWW.DAAVEEDEE.COM" PURSUANT TO FED. R. CIV. P. 41(a)(1)** |

TO THE HONORABLE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT Plaintiff Susan Nicholson Hofheinz, through her counsel of record, hereby dismisses with prejudice Defendant Daaveedee, LLC,

1

individually and doing business as www.daaveedee.com, from this action pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

DONIGER / BURROUGHS

Date: December 18, 2012          By:   /s/ Scott A. Burroughs
                                       Scott A. Burroughs, Esq.
                                       Attorneys for Plaintiff

2