Stephen M. Doniger (SBN 179314)
stephen@donigerlawfirm.com
Scott A. Burroughs (SBN 235718)
scott@donigerlawfirm.com
Annie Aboulian (SBN 280693)
annie@donigerlawfirm.com
**DONIGER / BURROUGHS APC**
300 Corporate Pointe, Suite 355
Culver City, California 90230
Telephone: (310) 590-1820
Facsimile:  (310) 417-3538

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN NICHOLSON HOFHEINZ, an Individual,<br><br>Plaintiff,<br>                v.<br><br>WWW.RAREMOVIEMART.COM; *et al*.,<br><br>Defendants. | Case No.: CV12-09307 ABC (JEMx)<br><u>Honorable Audrey B. Collins Presiding</u><br><br>**PLAINTIFF'S NOTICE OF DISMISSAL PURSUANT TO FED. R. CIV. P. § 41** |

1

TO THE HONORABLE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT Plaintiff Susan Nicholson Hofheinz hereby dismisses *without prejudice* the following defendants from this action pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i):

1. WWW.RAREMOVIEMART.COM, a business entity of form unknown;
2. WWW.THEVIDEOBEAT.COM, a business entity of form unknown;
3. WWW.TIMESFORGOTTENDVD.COM, a business entity of form unknown; and
4. WWW.UNFORGETTABLEDVDS.NET, a business entity of form unknown (erroneously named twice).

Respectfully submitted,

DONIGER / BURROUGHS

Date: October 15, 2013    By:    /s/ Scott A. Burroughs
Scott A. Burroughs, Esq.
Attorneys for Plaintiff