Stephen M. Doniger (SBN 179314)
stephen@donigerlawfirm.com
Scott A. Burroughs (SBN 235718)
scott@donigerlawfirm.com
Annie Aboulian (SBN 280693)
annie@donigerlawfirm.com
Trevor W. Barrett (SBN 287174)
tbarrett@donigerlawfirm.com
**DONIGER / BURROUGHS APC**
300 Corporate Pointe, Suite 355
Culver City, California 90230
Telephone: (310) 590-1820
Facsimile:  (310) 417-3538
Attorneys for Plaintiff
SUSAN NICHOLSON HOFHEINZ

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN NICHOLSON HOFHEINZ, an Individual,<br><br>Plaintiff,<br><br>v.<br><br>WWW.RAREMOVIEMART.COM; *et al*.,<br><br>Defendants. | Case No.: CV12-09307 ABC (JEMx)<br><u>Honorable Audrey B. Collins Presiding</u><br><br>**NOTICE OF SETTLEMENT** |

1

NOTICE OF SETTLEMENT

**TO THE HONORABLE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE THAT** Plaintiff SUSAN NICHOLSON HOFHEINZ and Defendant, SKYLAR BROS. ENTERTAINMENT, INC., a California Corporation and doing business as, "WWW.MONSTERSINMOTION.COM" have reached settlement of the above-captioned matter and are currently in the process of finalizing the terms of the long-form agreement. The parties anticipate filing a Notice of Dismissal within thirty days of today's date with each party paying its own attorneys' fees and costs. Upon the filing of the Notice of Dismissal, the entirety of the above-referenced case shall be resolved, and Plaintiff will thereafter file a Notice of Dismissal of the Action.

Dated: October 15, 2013                    Respectfully submitted,

**DONIGER / BURROUGHS**

By: /s/ Scott A. Burroughs
Stephen M. Doniger (SBN 179314)
Scott A. Burroughs (SBN 235718)
Trevor W. Barrett (SBN 287174)
300 Corporate Point Suite 355
Culver City, CA 90230
Tel: (310) 590-1820
Facsimile: (310) 417-3538

Attorneys for Plaintiff
SUSAN NICHOLSON HOFHEINZ