Stephen M. Doniger (SBN 179314)
stephen@donigerlawfirm.com
Scott A. Burroughs (SBN 235718)
scott@donigerlawfirm.com
Trevor W. Barrett (SBN 287174)
tbarrett@donigerlawfirm.com
**DONIGER / BURROUGHS APC**
300 Corporate Pointe, Suite 355
Culver City, California 90230
Telephone: (310) 590-1820
Facsimile: (310) 417-3538

Attorneys for Plaintiff
Susan Nicholson Hofheinz

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SUSAN NICHOLSON HOFHEINZ, an Individual,<br><br>Plaintiff,<br><br>v.<br><br>WWW.RAREMOVIEMART.COM; et al.,<br><br>Defendants. | Case No.: CV12-09307 ABC (JEMx)<br><u>Honorable Audrey B. Collins Presiding</u><br><br>**STIPULATED DISMISSAL OF ACTION**<br><br>**[Proposed order submitted herewith]** |

TO THE HONORABLE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT Plaintiff SUSAN NICHOLSON HOFHEINZ ("HOFHEINZ") and Defendant SKYLAR BROS. ENTERTAINMENT, INC., a California Corporation doing business as, "WWW.MONSTERSINMOTION.COM" (collectively, "SKYLAR BROS.") have reached a resolution of the claims between them as set forth in this action and hereby agree and stipulate as follows:

A. The claims alleged in this action against Defendant SKYLAR BROS. are to be dismissed with prejudice;

B. HOFHEINZ and SKYLAR BROS. will not seek costs or attorneys' fees from one another in connection with this action; and

C. The remainder of this action is dismissed with prejudice.

SO STIPULATED.

| | | |
|---|---|---|
| | | DONIGER / BURROUGHS |
| Date: December 16, 2013 | By: | /s/ Scott A. Burroughs |
| | | Scott A. Burroughs, Esq. |
| | | Trevor W. Barrett, Esq. |
| | | Attorneys for Plaintiff |
| | | TINGLEY PIONTKOWSKI  LLP |
| Date: December 16, 2013 | By: | /s/ Curtis R. Tingley |
| | | Curtis R. Tingley, Esq. |
| | | Bruce C. Piontkowski, Esq. |
| | | Jonathan A. McMahan, Esq. |
| | | Attorneys for Defendants |