Stephen M. Doniger (SBN 179314)
stephen@donigerlawfirm.com
Scott A. Burroughs (SBN 235718)
scott@donigerlawfirm.com
Trevor W. Barrett (SBN 287174)
tbarrett@donigerlawfirm.com
**DONIGER / BURROUGHS APC**
300 Corporate Pointe, Suite 355
Culver City, California 90230
Telephone: (310) 590-1820
Facsimile: (310) 417-3538

Attorneys for Plaintiff
Susan Nicholson Hofheinz

JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN NICHOLSON HOFHEINZ, an Individual,<br><br>Plaintiff,<br><br>v.<br><br>WWW.RAREMOVIEMART.COM; et al.,<br><br>Defendants. | Case No.: CV12-09307 ABC (JEMx)<br>_Honorable Audrey B. Collins Presiding_<br><br>**[PROPOSED] ORDER ON STIPULATED DISMISSAL OF ACTION** |

[~~PROPOSED~~] ORDER:

FOR GOOD CAUSE APPEARING, THE FOLLOWING IS HEREBY ORDERED:

A. The claims alleged in this action against Defendant SKYLAR BROS. ENTERTAINMENT, INC., a California Corporation doing business as, "WWW.MONSTERSINMOTION.COM" (collectively, "SKYLAR BROS.") are dismissed with prejudice; and

B. SUSAN NICHOLSON HOFHEINZ and SKYLAR BROS. will not seek costs or attorneys' fees from one another in connection with this action.

C. The remainder of this action is dismissed with prejudice.

SO ORDERED.

Date: December 18, 2013        By: _____
                                HONORABLE AUDREY B. COLLINS
                                U.S. DISTRICT COURT JUDGE